UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| PETER G. LOPES, | Chapter 7<br>Case No. 06-14168 (FJB) |
| Debtor. | |

**ORDER ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (A) APPROVING PROPOSED NOTICE OF SALE; AND (B) AUTHORIZING PRIVATE SALE OF CERTAIN ENGINEERING PLANS OF THE DEBTOR, FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES ASSERTED BY ANY PARTY**

This matter having come before this Court upon the *Chapter 7 Trustee's Motion for Order: (A) Approving Proposed Notice of Sale; and (B) Authorizing Private Sale of Certain Engineering Plans, Free and Clear of All Liens, Claims, Interests and Encumbrances Asserted by Any Party* (the " **Sale Motion**"); notice of the Sale Motion and the hearing thereon being appropriate under the circumstances; an original offer having been received in the amount of $10,000.00 ~~and the successful bid in the amount of $_____~~; no responses or objections having been filed to the Sale Motion; after a hearing pursuant to the Notice of Sale[1]; good cause appearing for approval of the Sale Motion; and this Court finding that the price is fair and reasonable and the sale is in the best interests of the Estate and its creditors, it is hereby

ORDERED:

1. The Sale Motion and Notice of Sale are approved and the sale terms and procedures outline therein are approved.

2. The Trustee is hereby authorized to sell, assign and transfer all of the Estate's

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Sale Motion.

right, title and interest in and to the Plans, together with all of the Estate's rights in connection therewith.

3. The Trustee is hereby authorized to enter into and take any and all actions to effectuate the sale, assignment and transfer of the Plans, together with all of the Estate's rights in connection therewith, as contemplated herein and in the Sale Motion.

4. All parties shall execute any documents necessary to effectuate the sale, assignment and transfer of the Plans, together with all of the Estate's rights in connection therewith, specified in the Sale Motion free and clear of all liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363(f).

5. The Trustee is authorized to sell, assign and transfer the Plans, together with all of the Estate's rights in connection therewith, free and clear of all liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363(f). To the extent valid liens, claims, interests or encumbrances exist, they shall attach to the sale proceeds in the same order and priority as they encumber the Plans, subject, if necessary, to later determination by this Court of the validity, extent and perfection of such interest.

6. The Plans, together with all of the Estate's rights in connection therewith, shall be sold "as is" and "where as", and without any representations or warranties.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: 11-22-10

_____
Honorable Frank J. Bailey
United States Bankruptcy Judge